**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**FLOYD ROSS**                                                                     **PLAINTIFF**

**VS.**                 **CASE N. 4:04CV002334 JMM**

**DISABILITY RIGHTS CENTER, INC.**                              **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this   24   day of May, 2006.

                                                                         James M. Moody
                                                                         United States District Judge